Michael J. THELEN, Relator,

v.

THELEN HEATING & ROOFING, and State Fund Mutual Insurance Company, Respondents.

No. C4–99–208.

Supreme Court of Minnesota.

April 29, 1999.

John W. Person, Breen & Person, Ltd., Brainerd, for relator.

Andrew W. Lynn, Lynn, Scharfenberg & Associates, Eden Prairie, for respondents.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed January 19, 1999, be, and the

same is, affirmed without opinion. *See* Minnesota Rules of Civil Appellate Procedure 136.01, subdivision 1(b).

BY THE COURT:

/s/Alan C. Page
Associate Justice